**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

RAMSEY RANDALL, : No. 191 MM 2018
:
Petitioner :
:
:
:
v. :
:
:
:
BERKS COUNTY COURT OF COMMON :
PLEAS; JUDGE PATRICK BARRETT, :
:
Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of February, 2019, the Application for Leave to File Original Process and the Request to File Response are GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.